UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JULIUS WHITE, | ) |
| | ) |
| Petitioner, | ) |
| | ) No. 1:18-cv-136-PLC |
| v. | ) |
| | ) |
| JASON LEWIS, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on petitioner Julius White's *pro se* petition for writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254. The petition is defective because petitioner did not prepare it using the Court's form. *See* Local Rule 2.06(A). In addition, petitioner did not pay the $5 filing fee or file a motion for leave to proceed *in forma pauperis*. The Court will therefore direct petitioner to file an amended petition using the proper form, and to either pay the $5 filing fee or file a motion for leave to proceed *in forma pauperis*.

It is also unclear what state court judgment petitioner intends to challenge. On the first page of the petition, petitioner references *State v. Julius Lamont White*, Case No. 1522-CR05182-01 (22nd Jud. Cir. 2017).[1] Later in the petition, petitioner references *State v. Julius Lamont White*, Case No. 1522-CR04545-01 (22nd Jud. Cir. 2017).[2] For his grounds for relief, petitioner claims he received ineffective assistance of counsel. However, petitioner has not exhausted his state court remedies with respect to case number 1522-CR05182-01 because there,

---

[1] There, petitioner pled guilty on January 6, 2017 to multiple counts of robbery, armed criminal action, and resisting arrest, and was sentenced on that same date to serve a total of seventeen years' imprisonment, such sentence to run concurrently with all counts and with case number 1522-CR04545-01.

[2] There, a jury convicted petitioner of second-degree robbery on November 15, 2016, and petitioner was sentenced on January 6, 2017 to a seven-year term of incarceration.

he filed a motion for post-conviction relief under Missouri Supreme Court Rule 24.035 which, as of the date of this Memorandum and Order, remains pending before the state motion court. *See Julius White v. State of Missouri*, Case No. 1722-CC00299 (22nd Jud. Cir. 2017). While a habeas petitioner is not precluded from challenging more than one judgment in a § 2254 petition so long as they arise from the same state court, there is some question whether petitioner actually intends to challenge the judgment entered in case number 1522-CR05182-01. In addition, a writ of habeas corpus shall not be granted unless it appears that, *inter alia*, the petitioner has exhausted the remedies available in the state courts, and petitioner has not done so with respect to case number 1522-CR05182-01. In the amended petition, petitioner must clearly specify the state court judgment or judgments he intends to challenge.

Accordingly,

**IT IS HEREBY ORDERED** that, no later than thirty (30) days from the date of this Memorandum and Order, petitioner must either pay the $5 filing fee, or file a motion for leave to proceed *in forma pauperis*.

**IT IS FURTHER ORDERED** that the Clerk shall mail to petitioner a Motion to Proceed In Forma Pauperis and Affidavit – Habeas form, and a section 2254 Petition for Writ of Habeas Corpus form.

**IT IS FURTHER ORDERED** that, within thirty (30) days of the date of this Memorandum and Order, petitioner must file an amended petition on the Court's form.

**Petitioner is cautioned that his failure to timely comply with this Memorandum and Order may result in the dismissal of this case**.

*[signature]*
———————————————
PATRICIA L. COHEN
UNITED STATES MAGISTRATE JUDGE

Dated this 24th day of September, 2018